Mrs. Carrie L. SHAW, Executrix of Estate of John Shaw, v. COMMISSIONER OF INTERNAL REVENUE.

Nos. 5552–5554.

Circuit Court of Appeals, Sixth Circuit.

Nov. 5, 1930.

Kennedy, Manchester, Ford, Bennett & Powers, of Youngstown, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Decrees of Board of Tax Appeals affirmed upon authority of opinion in Hitchcock v. Commissioner (No. 5550) 44 F.(2d) 756.